**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

Anna Takkunen,

        Plaintiff,                       Civil No. 08-1454 (RHK/RLE)

vs.

                                         **ORDER**

Sappi Fine Paper North America,

        Defendant.

---

      This matter is venued in the Fifth Division.

      All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: May 29, 2008

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge